IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA BOUDREAUX,<br><br>    Plaintiff,<br><br>  vs.<br><br>CREDIT ONE BANK, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | **8:24CV19**<br><br><br>**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT CREDIT ONE BANK, N.A.** |

This case is before the Court on Plaintiff's Notice of Dismissal Without Prejudice as to Defendant Credit One Bank, N.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Filing 7. The Notice states each party will bear its own fees and costs. The Notice also states that Plaintiff's claims against Defendant Experian Information Solutions, Inc., remain pending. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Dismissal Without Prejudice as to Defendant Credit One Bank, N.A., Filing 7, is granted. This case is dismissed without prejudice as to Defendant Credit One Bank, N.A., with each party to bear its own costs. Plaintiff's claims against Defendant Experian Information Solutions, Inc., remain pending.

Dated this 21st day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1